IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RONALD F. RIECKHOFF,

                Plaintiff,

  v.

SHIRLEY ABRAHAMSON, JAMES E. DOYLE, GUY D. DUTCHER, SCOTT C. BLADER, JARED C. REDFIELD, LINDA R. MEIER, JAMES C. STAFFORD, JUSTIN PENDERGAST, JAMES R. MUEHLBAUER, MARK D. BENSEN, JOHN P. KUCZMARSKI, BRIAN FLOWERS, MICHAEL GAGE, ROBERT SAGAR, JARED C. REDFIELD, JOHN J. PADGAH, HARRIET J. PEPPARD, JEFFREY KIPPA, LEONARD KACHINSKY, JOHN H. WALLACE III, GORDON P. BRAUN, SCOTT C. MARCKS, GREGORY L. POTTER, JOHN P. HENKELMAN, ANTHONY TICKNOR, RANDALL KUMM WILLIAM G: WEILAND, THOMAS T. FLUGUAR, DAVID KNAPPEN, HAL HARLOWE, ROBERT DEBAUCHE, JOHN CURRIOR, ROBERTA LANG, KEVIN LANG, FREDERICK MATESTIC, JAMES L. TOLKAN, PATRICK KNIGHT, FRANK THOMAS CRIVELLO, STEPHANIE G. ROTHSTEIN, JANINE P. GESKE, ROBERT D. DONOHOO, THOMAS D. SCHNEIDER, DIANE SYKES, JOHN J. BALISTRIERI, MICHAEL MALMSTEAD, DONALD S. EISENBERG, THOMAS G. HALLARAN, MARY LOU WOEHRER, KARL J. KETZ, ELFRED OLIN SCHULTZ, JR., DAN PETERSON, NICHOLAS BEAUMONT, CAPTAIN THEILEN, E. MICHAEL MCCANN, RON MASTERS, ROBERT DAHL, FREDERICK LEFFLER, PATRICK LEFFER, JEROME DITTMANN, MICHAEL DITTMANN, BETH DITTMANN, STUART HONECK, JR., ARTHUR JONES, JOHN CIECENA, NEIL ZUEHLKE, RUDOLPH WILL, JON SIEFERT, JOSEPH ZARNICK, IRA B. ROBINS, MICHAEL MOORE, LARRY D'AMATO, JOHN SCHNEIDER, JAMES GAUGER, JON ANDERSON, MICHAEL PETERSON, PAUL WILL, MICHAEL BLOEDEL, FRANK BLADER, OFFICER SHEARER, SGT. CARPENTER, CURT OLSON, EURIAL K. JORDAN, JOSEPH CRUM, COREY ENDREAS, RON KALMUS, JIM LIETZ , DEBRA PATTERSON, JON N. REDDIN and CLAY R. DUTCHER,

                Defendants.

ORDER

12-cv-90-wmc

---

Plaintiff Ronald F. Rieckhoff, a prisoner at Stanley Correctional Institution in Stanley, Wisconsin, has submitted a proposed complaint. He requests leave to proceed *in forma pauperis*. A decision on the request will be delayed until plaintiff pays an initial partial payment of the $350 filing fee as required by 28 U.S.C. § 1915(b) and the 1996 Prison Litigation Reform Act. Plaintiff's initial partial payment cannot be calculated at this time because he has not submitted a trust fund account statement with his complaint.

Plaintiff's complaint was filed on February 7, 2012. His trust fund account statement should cover the six-month period beginning approximately August 7, 2011 and ending approximately February 7, 2012. Once plaintiff has submitted the necessary statement, I will calculate his initial partial payment and advise him of the amount he will have to pay before the court can screen the merits of his complaint under 28 U.S.C. § 1915(e)(2). Plaintiff should show a copy of this order to prison officials to insure that they are aware they should send a copy of plaintiff's six-month trust fund account statement to this court.

ORDER

IT IS ORDERED that plaintiff Ronald Rieckhoff may have until March 8, 2012, in which to submit a certified copy of his trust fund account statement for the period beginning approximately August 7, 2011 and ending approximately February 7, 2012. If, by March 8, 2012, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily. In that event, the clerk of court is directed to close this case without prejudice to plaintiff's filing his case at a later date.

Entered this 14th day of February, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge