IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RONALD F. RIECKHOFF,

       Plaintiff,

 v.

SHIRLEY ABRAHAMSON, JAMES E. DOYLE, GUY D.
DUTCHER, SCOTT C. BLADER, JARED C. REDFIELD,
LINDA R. MEIER, JAMES C. STAFFORD, JUSTIN
PENDERGAST, JAMES R. MUEHLBAUER, MARK D.
BENSEN, JOHN P. KUCZMARSKI, BRIAN FLOWERS,
MICHAEL GAGE, ROBERT SAGAR, JARED C. REDFIELD,
JOHN J. PADGAH, HARRIET J. PEPPARD, JEFFREY KIPPA,
LEONARD KACHINSKY, JOHN H. WALLACE III,
GORDON P. BRAUN, SCOTT C. MARCKS, GREGORY L.
POTTER, JOHN P. HENKELMAN, ANTHONY TICKNOR,
RANDALL KUMM WILLIAM G: WEILAND, THOMAS T.
FLUGUAR, DAVID KNAPPEN, HAL HARLOWE, ROBERT
DEBAUCHE, JOHN CURRIOR, ROBERTA LANG, KEVIN
LANG, FREDERICK MATESTIC, JAMES L. TOLKAN,
PATRICK KNIGHT, FRANK THOMAS CRIVELLO,
STEPHANIE G. ROTHSTEIN, JANINE P. GESKE, ROBERT
D. DONOHOO, THOMAS D. SCHNEIDER, DIANE SYKES,
JOHN J. BALISTRIERI, MICHAEL MALMSTEAD, DONALD
S. EISENBERG, THOMAS G. HALLARAN, MARY LOU
WOEHRER, KARL J. KETZ, ELFRED OLIN SCHULTZ, JR.,
DAN PETERSON, NICHOLAS BEAUMONT, CAPTAIN
THEILEN, E. MICHAEL MCCANN, RON MASTERS,
ROBERT DAHL, FREDERICK LEFFLER, PATRICK LEFFER,
JEROME DITTMANN, MICHAEL DITTMANN, BETH
DITTMANN, STUART HONECK, JR., ARTHUR JONES,
JOHN CIECENA, NEIL ZUEHLKE, RUDOLPH WILL, JON
SIEFERT, JOSEPH ZARNICK, IRA B. ROBINS, MICHAEL
MOORE, LARRY D'AMATO, JOHN SCHNEIDER, JAMES
GAUGER, JON ANDERSON, MICHAEL PETERSON, PAUL
WILL, MICHAEL BLOEDEL, FRANK BLADER, OFFICER
SHEARER, SGT. CARPENTER, CURT OLSON, EURIAL K.
JORDAN, JOSEPH CRUM, COREY ENDREAS, RON
KALMUS, JIM LIETZ , DEBRA PATTERSON, JON N.
REDDIN and CLAY R. DUTCHER,

       Defendants.

          ORDER

         12-cv-90-wmc

In response to this court's February 14,, 2012, order, plaintiff has submitted a certified copy of his six-month trust fund account statement so that I can determine whether he qualifies for indigent status and, if he does, calculate an initial partial payment of the $350 fee for filing this case. In determining whether a prisoner litigant qualifies for indigent status this court applies the formula set forth in 28 U.S.C. § 1915(b)(1). According to this formula, a prisoner requesting leave to proceed *in forma pauperis* must prepay 20% of the greater of the average monthly balance or the average monthly deposits made to his prison account in the six-month period immediately preceding the filing of the complaint.

In this case, 20% of the average monthly deposits made to his account is $1.99, but 20% of the average monthly balance is $11.78. Because the greater of the two amounts is 20% of the average monthly balance, or $11.78, that is the amount plaintiff will be assessed as an initial partial payment of the filing fee. If plaintiff does not have the money to make the initial partial payment in his regular account, he will have to arrange with prison authorities to pay some or all of the assessment from his release account. This does not mean that plaintiff is free to ask prison authorities to pay *all* of his filing fee from his release account. The only amount plaintiff must pay at this time is the $11.78 initial partial payment. Before prison officials take any portion of that amount from plaintiff's release account, they may first take from plaintiff's regular account whatever amount up to the full amount plaintiff owes. Plaintiff should show a copy of this order to prison officials to insure that they are aware they should send plaintiff's initial partial payment to this court.

ORDER

IT IS ORDERED that plaintiff Ronald Rieckhoff is assessed $11.78 as an initial partial payment of the $350 fee for filing this case. He is to submit a check or money order made payable to the clerk of court in the amount of $11.78 on or before March 21, 2012. If, by March 21, 2012, plaintiff fails to make the initial partial payment or show cause for his failure

to do so, he will be held to have withdrawn this action voluntarily.  In that event, the clerk of court is directed to close this file without prejudice to plaintiff's filing his case at a later date.

Entered this 27th day of February, 2012.

                      BY THE COURT:

                      /s/

                      STEPHEN L. CROCKER
                      Magistrate Judge