IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RONALD F. RIECKHOFF,

    Plaintiff,

v.

SHIRLEY ABRAHAMSON, JAMES E. DOYLE, GUY D. DUTCHER, SCOTT C. BLADER, JARED C. REDFIELD, LINDA R. MEIER, JAMES C. STAFFORD, JUSTIN PENDERGAST, JAMES R. MUEHLBAUER, MARK D. BENSEN, JOHN P. KUCZMARSKI, BRIAN FLOWERS, MICHAEL GAGE, ROBERT SAGAR, JARED C. REDFIELD, JOHN J. PADGAM, HARRIET J. PEPPARD, JEFFREY KIPPA, LEONARD KACHINSKY, JOHN H. WALLACE III, GORDON P. BRAUN, SCOTT C. MARCKS, GREGORY L. POTTER, JOHN P. HENKELMAN, ANTHONY TICKNOR, RANDALL KUMM, WILLIAM G. WEILAND, THOMAS T. FLUGUAR, DAVID KNAPPEN, HAL HARLOWE, ROBERT DEBAUCHE, JOHN CURRIOR, ROBERTA LANG, KEVIN LANG, FREDERICK MATESTIC, JAMES L. TOLKAN, PATRICK KNIGHT, FRANK THOMAS CRIVELLO, STEPHANIE G. ROTHSTEIN, JANINE P. GESKE, ROBERT D. DONOHOO, THOMAS D. SCHNEIDER, DIANE SYKES, JOHN J. BALISTRIERI, MICHAEL MALMSTEAD, DONALD S. EISENBERG, THOMAS G. HALLARAN, MARY LOU WOEHRER, KARL J. KETZ, ELFRED OLIN SCHULTZ, JR., DAN PETERSON, NICHOLAS BEAUMONT, CAPTAIN THEILEN, E. MICHAEL MCCANN, RON MASTERS, ROBERT DAHL, FREDERICK LEFFLER, PATRICK LEFFER, JEROME DITTMANN, MICHAEL DITTMANN, BETH DITTMANN,
STUART HONECK, JR., ARTHUR JONES, JOHN CIECEWA, NEIL ZUEHLKE, RUDOLPH WILL, JON SIEFERT, JOSEPH ZARNICK, IRA B. ROBINS, MICHAEL MOORE, LARRY D'AMATO, JOHN SCHNEIDER, JAMES GAUGER, JON ANDERSON, MICHAEL PETERSON, PAUL WILL, MICHAEL BLOEDEL, FRANK BLADER, OFFICER SHEARER, SGT. CARPENTER, CURT OLSON, EURIAL K. JORDAN, JOSEPH CRUM, COREY ENDREAS, RON KALMUS, JIM LIETZ , DEBRA PATTERSON, JON N. REDDIN and CLAY R. DUTCHER,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-90-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing plaintiff's claims concerning the validity of his state court convictions without prejudice and dismissing plaintiff's remaining claims with prejudice as frivolous and for failure to state a claim upon which relief can be granted under 28 U.S.C. § 1915(e)(2)(B).

By: *signature*, Deputy Clerk                             1-11-13
Peter Oppeneer, Clerk of Court                            Date